UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

BROOK BERNINI, et. al.,   CASE FILE 09 CV 2312 PAM/JJG

        Plaintiffs,

vs.

CITY OF ST. PAUL, STEVEN FRAZER,
BILL SNYDER, JOE NEUBERGER, AXEL HENRY,
PATRICIA ENGLUND AND MATTHEW CLARK,
in their individual capacity,

        Defendants.

---

### ORDER FOR DISMISSAL WITH PREJUDICE

---

IT IS HEREBY ORDERED that the above-entitled action against Bill Snyder, and the same hereby is, dismissed with prejudice and on its merits and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

                              **BY THE COURT:**

Dated: September 27, 2010        s/Paul A. Magnuson
                                        The Honorable Paul A. Magnuson
                                        U.S. District Court Judge